**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 06-10715

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 19, 2011
JOHN LEY
CLERK

JIMMY LEDFORD,
LARRY O'DELL,
BRYAN WALKER,
DYNAVISION GROUP, LLC,
SIGNATURE LEASING, LLC,

Plaintiffs-Appellants,
Cross-Appellees,

versus

SHELBY PEEPLES, JR.,
PFLC, LLC,
INTERNAL MANAGEMENT, INC.,

Defendants-Appellees,
Cross-Appellants.

------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
------------------------

(Opinion May 6, 2010, 605 F.3d 871, 11th Cir. 2010)

(January 19, 2011)

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN Circuit Judges.

B Y   T H E   C O U R T:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.